# WALE MOSAKU, P.C.

LAW OFFICES
25 BOND STREET, 3RD FLOOR
BROOKLYN, NEW YORK 11201

(718) 243-0994 Fax: (718) 243-9148


April 26, 2013

VIA ECF

The Honorable Steven M. Gold
United States Chief Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re: Kiama Faltine v. The City of New York, et al
12-CV-3487 (ENV)(SMG)

Dear Judge Gold:

I represent the plaintiff in the above-entitled action.

I write pursuant to the Court's Order of today's date, wherein Your Honor deferred ruling of the plaintiff's April 23, 2013 application for a pre-motion conference, on the basis that the Court will address the issue(s) raised at the May 3, 2013 conference.

The plaintiff respectfully requests that at that time, the Court also address the failure and/or refusal of the defendant City to produce two (2) witnesses for depositions that had been scheduled for April 29, 2013, pursuant to the Notices of Deposition that are attached hereto as Exhibit(s) "1" and "2".

Said Notices had been served upon defense counsel on April 8, 2013, via electronic mail and first class mail.

On April 9, 2013, at approximately 06:40 p.m., counsel for the defendants, namely Deborah Mbabazi, Esq., sent me an email stating "*I have not received the hard copies in the mail yet. I will get back to you on this*".

I did not hear back from Ms. Mbabazi. As such, at approximately 07:55 a.m. this morning, I sent Ms. Mbabazi an email, confirming that the depositions will go forward as noticed on Monday April 29, 2013, and informing Ms. Mbabazi that I had scheduled a court reporter to transcribe the witnesses testimonies.

At approximately 09:20 a.m. this morning Ms. Mbabazi responded stating "*Please be advised that I am confirming that City will not be going forward with the depositions on Monday as there are issues that need to be discussed*".

I responded by inquiring as to the "*issues*" that Ms. Mbabazi was referring to. Ms. Mbabazi has not responded to said inquiry.

As such, I respectfully request that at the May 3, 2013 conference, Your Honor address the plaintiff's application to move to compel the defendant City to produce the witnesses by a date certain.

I thank the Court for its kind attention to, and consideration of this matter.

Respectfully Submitted,

/s/

WALE MOSAKU

AM/ms

cc: (VIA ECF)
Deborah Mbabazi, Esq.